454 A.2d 177

Commonwealth v. Farrell, Appellant.

Petition for Allowance of Appeal
Denied May 4, 1983.

Argued May 19, 1982. Norma Chase, for appellant; William G. Martin, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.